UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


| | |
|---|---|
| JUDITH BROOKS,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   No. 3:06-CV-469<br>)   (Phillips/Shirley) |
| MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | )<br>)<br>)<br>) |

### ORDER

This Social Security appeal is before the court on the report and recommendation filed by United States Magistrate Judge C. Clifford Shirley, Jr. [Doc. 21]. There have been no timely objections to the report and recommendation, and enough time has passed since the filing of the report and recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b).

After a careful review of this matter, the court is in complete agreement with the magistrate judge's conclusion that this matter be **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. Accordingly, the court **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed.R.Civ.P. 72(b). It is **ORDERED,** for the reasons stated in the report and recommendation, which the court adopts and incorporates into its ruling, that the plaintiff's motion for summary

judgment [Doc. 14] is **GRANTED;** the defendant Commissioner's motion for summary judgment [Doc. 16] is **DENIED;** the defendant Commissioner's decision in this case denying plaintiff's application for benefits under the Social Security Act is **REVERSED;** and this case is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405 (g).

**IT IS SO ORDERED.**

**ENTER:**

    s/ Thomas W. Phillips
United States District Judge