# United States District Court

**EASTERN** DISTRICT OF **TENNESSEE**

JUDITH BROOKS,

## JUDGMENT IN A CIVIL CASE

VS.

CASE NUMBER: 3:06-CV-469

SSA

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED; the court ACCEPTS IN WHOLE the report and recommendation; plaintiffs motion for summary judgment [14] is GRANTED; the defendant Commissioners motion for summary judgment [16] is DENIED; the defendant Commissioners decision in this case denying plaintiffs application for benefits under the Social Security Act is REVERSED; and this case is REMANDED to the Commissioner under sentence four.

March 26, 2008
Date

Patricia L. McNutt, Clerk

By  S/ A. ARCHER     Case Manager